P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



RTS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE》PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 JUL. 30. 2015

RE: WR-83,478-01

RICKY JOSEPH MARTINEZ
TAYLOR COUNTY JAIL
910 SOUTH 27TH STREET
ABILENE, TX 79602

43 KOY-S3B> 79602
78711 78711 78711

UTF